# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**SHERI LIBENSHECK**                                                                         **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:08CV727HTW-LRA**

**BARBOUR INTERNATIONAL, INC.**                                        **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come before the Court on the joint *ore tenus* motion of the Plaintiff, Sheri Libensheck, and Defendant, Barbour International, Inc., to dismiss any and all claims of plaintiff with prejudice, and the parties having appeared and announced that this cause has been fully compromised and settled as between them, and that there remain no issues to be litigated by or between the parties nor adjudicated and determined by the Court as between them, and the parties having consented to the entry of this Order and agreeing that plaintiff's claims should be dismissed with prejudice with the parties to bear their own costs, and the Court being fully advised in the premises, finds that the joint motion to dismiss plaintiff's claims against defendant, Barbour International, Inc., with prejudice is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all of Plaintiff, Sheri Libensheck's claims against Barbour International, Inc. are dismissed with prejudice with each side to bear its own costs.

SO ORDERED, this the 29th day of September, 2009.

                                                     **s/ HENRY T. WINGATE**
                                                     **CHIEF UNITED STATES DISTRICT JUDGE**

SUBMITTED AND APPROVED BY:


  /s/ Nick Norris
Nick Norris, Esq.
Counsel for Sheri Libensheck


  /s/ Walker R. Gibson
Walker R. Gibson, Esq.
Counsel for Barbour International, Inc.



**CIVIL ACTION NO. 3:08CV727HTW-LRA**
Agreed Order of Dismissal with Prejudice